Good morning, Your Honors. May it please the Court, I'm Robert Jove, and I'm appearing today on behalf of the petitioner, Mandeep Singh. As a victim of past persecution, Mr. Singh is entitled to a presumption, two presumptions, actually. One, that there's a clear probability that he faces persecution upon return to India, and the other, that his fears of persecution upon return to India are well-founded. Under the regulations, DHS may rebut those presumptions by showing that there's been a change, a fundamental change in circumstance, such that Mr. Singh no longer has a well-founded fear of persecution in India. Now, because the change in circumstance must eliminate the risk that a particular applicant faces upon return, changes that occurred before the applicant suffered past persecution are, by definition, insufficient. So the IJ in this case had an obligation to, one, identify specific changes that had occurred since January of 2000, when Mr. Singh was arrested and persecuted. And then, two, in an individualized manner, explain how those changes had eliminated whatever risk he had been previously facing. Roberts. Mr. Jobe, on the identifying the changes since January 2000, what kinds of changes does he have to identify? Much of the record seems to suggest that there's been some gradual improvement in Punjab that goes back to prior to 2000, and that may be a continuing process without being able to point to sort of specific changes, such as a change in administration or something like that. Well, I don't think they have to make a, I don't think the judge has to point to any change in administration, Your Honor. I don't think it has to be that dramatic. But the thing is that in this case, if you go through the judge's decision, and I would ask that you ask the government to show where in the immigration judge's decision does she identify any change, any change at all that's occurred since 2000, because there's nothing. You know, when we went to the last hearing on this, this is on page 104 of the record, I asked the judge, the government lawyer had presented all this stuff, and I said on the record, in January of 2000 this guy was arrested, so I said the question is, what has changed since the year 2000? Asking the government to explain. Identify one change, something that's changed since 2000. On page 105, the judge asked the government lawyer, do you wish to respond? He says, I do not, Your Honor. He couldn't identify any change. So then the judge goes in her chamber, she reads through this documentary evidence, and she comes back with this decision, but the decision doesn't even attempt. It doesn't identify one single thing that's changed since 2000. In fact ---- Well, let me, excuse me, counsel. Yes, Your Honor. Let me ask you this question. We don't just look at what the IJ did. We look at what the BIA did. And didn't they expand the record? No. They didn't expand the record? No. And they can't. Because the weather conditions have improved at all since 2000 is purely a question of fact. And the BIA's own regulations specifically prohibit them from engaging in any fact-finding in the course of deciding an appeal. Even where it's a paper record, so there's no questions of credibility of witnesses? Right. That's exactly right. This is a factual question. But the BIA is entitled to look at those things that were before the IJ, which means that they can read them for themselves. No. If it's purely a question of fact, under the new regulatory scheme, the BIA is reviewing the immigration judge's factual findings for clear error. If, the regulations say, it believes that further fact-finding is necessary, for example, in this case our view is that the immigration judge never really considered this question about whether anything had changed since the year 2000. If the BIA had agreed with us, further fact-finding would have been necessary. Under their own regulations, they would have been required to send this back to the judge so that it could engage in that fact-finding. The BIA is specifically prohibited. And as a result, what they did here, they didn't engage in any fact-finding here. What they did, if you look at their decision, is they said that the government doesn't quote this fully in its brief. They suggest that the BIA did some de novo fact-finding here, but that's not what they did. What they said is the immigration judge reasonably determined that, overall, the evidence of record indicates continued improvements in India and in Punjab in particular. It's not doing its own fact-finding. It's characterizing what the judge did. The problem with that is the judge never did that. Again, if you look at the judge's decision, there's not one sentence in there, not one sentence where she says this has changed since the year 2000, not one thing. The government argues that the BIA did do an independent analysis. They can do an independent analysis, that's for sure. But they can't make factual findings of their own. Well, was an independent analysis done here? Pardon me? Was an independent analysis done here? No. Not on this issue about whether changes had occurred since the year 2000. Because the judge never weighed in on that. The BIA can't make factual findings of its own. What they did is they simply characterized the immigration judge's decision or what the immigration judge did as making a factual finding about something that had changed since 2000. But, again, that just begs the question. If you go back and you look at the decision of the immigration judge, show me where does she do that in her decision? It's just not there. What would have needed to have been set based on the case law, what you know? Give me an example of what would have needed to have been set. She would have had to have, for starters, have to identify at least some specific change that's occurred since 2000 and then describe in an individualized fashion how those changes, whatever's occurred since 2000, undermine or eliminate the risk that this guy was facing. She didn't do that because, A, she didn't identify any specific change that occurred since 2000, so she couldn't have engaged in the second part of the analysis. This is frustrating to me because, you know, we went to the BIA and we said to the BIA, the judge didn't identify a single change. And the BIA, they mischaracterized our argument. If you look at the decision here on page two, they say, oh, the respondent argues that some of the background evidence in the record indicated improvements that began prior. That's not our argument. Our argument all along has been that the immigration judge didn't point to a single thing that occurred since 2000. So they mischaracterized our argument and then they mischaracterized the judge's decision in an attempt to uphold it. And now here we are, nine years after this case began, and I'm still asking the single question, what's changed since 2000? Counsel, let me tell you what concerns me about the record here and your client. As I read it and as I read your brief, your brief was focused mostly upon what happened to his father, who clearly would have been entitled to asylum, and to the two friends, Kartar and Kadesh or something like that. I'm probably mispronouncing the name. And those two men, again, clearly would have been entitled to asylum. I don't see that Mr. Singh has been particularly singled out for persecution. It's clear that he was arrested. It's clear that he was mistreated. But it was all in an attempt to find out where his father is, who's now been missing for 15 years. And so it's not clear that the – on the basis of the original record and whatever our original panel thought about the merits of Mr. Singh's thing, it's not at all clear that the authorities in the Punjab have any interest in Mr. Singh at all. He shows up at the police department demanding to know where his father is, and they tell him they don't have his father and to go away. They don't do anything to him. The problem with that, Your Honor, you're sort of stuck with the law of the case. The law of the case here is that he's been found to be a victim of past persecution. After – at that point, the presumption kicks in. Right. And the government has to – But I can't – but I can't ignore the fact that as to what the basis was for our panel finding that he was – that he was entitled to that presumption. And there is evidence in the record that since 2000 – I'm going to give you a minute, so there is – there is evidence in the record that Punjabi authorities are only looking – to the extent that there is still persecution going on in the Punjab, that it is – that the authorities are looking for very high-profile members of the Akali Dalman group, for example, and that suggests that they're not looking for people like Mr. Singh, who they weren't looking for in the first place. Well, again, Your Honor, the fact-finding here is required by law to be done by the immigration judge. If the immigration judge doesn't do so, the BIA doesn't get to substitute its fact-finding. You don't get to make facts. Oil doesn't get to make facts. That's just the way it is. Insofar as you think that the – this person is safe, we still have to follow the regulatory scheme, and the IJ has to identify what change has occurred and how does that undermine his claim. Now, oil is coming forward, and they're putting forth, well, the judge could have said this, that, and the other, but if the BIA is prohibited from making factual findings about whether there's been any improvement since 2000, certainly oil doesn't get to come before this Court and make that argument in the first instance. And the Ninth Circuit doesn't get to make factual findings about whether something may have changed since 2000. That's the immigration judge's job. And I understand your gut instinct on there. I disagree with you on that, you know, but the bottom line is the regulations require that the immigration judge identify with some specificity what changes have occurred and how does that undermine this guy's risk. And the bottom line here is that the judge didn't do that. The judge didn't offer a single example of something that's changed since 2000. If we agree with you, Mr. Jobe, then – but still have doubts as to whether this was all done right, what do we do? Well, honestly, Your Honor, my own view on this one is that it's been nine years that we've been dealing with this case. I asked at the outset at that hearing what's changed since 2000. The government didn't offer a single response. The judge didn't identify one. I actually think you should reverse. At some point, even if you think there's a – And if we grant the petition, we grant the petition with instructions to do what? Well, I think you should reverse and say they've had their opportunity to present evidence. The judge had her opportunity. It's been nine years. End of case. Because at some point these cases have to end. The other way, the normal way that the Court deals with this is to simply say the judge didn't identify any change. She didn't engage in the required individualized analysis. This has to go back to the immigration judge so that she can do so. And in this case, honestly, I'm perfectly happy with that. The guy's now married to a U.S. citizen. When it goes back, he's going to file a green card application based on that, and we'll be done with it. But the bottom line here is that the judge did not follow the regulations, nor did the BIA. As a result, you've got to vacate this, and it's got to go back. All right. I'm going to allow you another minute just so that you can prepare. Thank you. All right. Let's hear from the government. Good morning, Your Honors. Jeffrey L. Mencken, Department of Justice for the Attorney General. May it please the Court. Under the governing standard of review, the findings below must stand unless any reasonable adjudicator would be compelled to conclude otherwise. Now, counsel has said that the IJ never looked at or considered anything since 2000, and that just simply is not so. It is not so. And I can give you page sites. The immigration judge at page 79 discussed the 2004 country report, which, among other things, notes that the pattern of disappearance is prevalent in the early 1990s has ended. Part of the problem here is that you're in the position of proving a negative. If there was a pattern of heavy persecution and that has diminished, the most that an updated report can say is it's diminished or they can report nothing, which is what happened in the 2005 country report cited by the IJ at page 80, where it says that the absence of a documented anti-Sikh violence, and I would submit it's substantial evidence that such violence no longer exists. We're talking about the country report, which is by statute required to report human rights violations. And if it doesn't report any, as the IJ said, it would be very odd if there were flagrant human rights violations taking place in the Punjab and a report which has been designated to document such abuse failed to mention them, especially if they were as widespread and persistent as Petitioner claims. I think that the evidence is difficult, because I do think that you are trying to prove a negative. Where did the IJ then apply it to Mr. Singh? There's a couple spots, Your Honor. One is very specifically in discussing what I'll call the NSAF report, which is an ANA, where is it, ENSAAF report. And what the IJ said was that there's no evidence that, and we're talking about 2005 at that point, that persons in the Petitioner's position were being, or family members of persons in the Petitioner's position, were being rounded up, detained, persecuted, and that sort of thing. What the ENSAAF report talks about is a roundup of following the arrest of a man named Hawara, who was a suspect in the murder of the chief minister of Punjab. He was in prison. He broke out and then was implicated in a number of bombings. This report talks about when he was arrested in 2005. There was a general sweep, and anybody suspected of harboring him was questioned. Some family members of people who were harboring him were questioned, and people who may have been involved in the bombings. But there is absolutely a dearth and absolute void of evidence that people in the relative who was pro-Calistan, pro-Sikh independence. So what the IJ said was, and this is at page 84, that the evidence does not the evidence submitted by the Respondent does show that some individuals are at risk. However, these individuals do not include people like the Respondent, and that is the very point of this case. I can point out elsewhere in the record where there are improvements. There was a mention of a change of administration. I would note that the 2004 country report points out that the first Sikh prime minister was elected in 2004, and he still holds that office. Which of these reports relate directly to the time period that needs to be focused on here, and that's post-persecution of Mr. Singh? I think that was gross, very much overstated. There are indeed one or two items that predate a 2000. Tell me what those are. There was a. Wouldn't you agree that that's what the law requires? It has to be post-persecution to be changed country conditions, and then it has to be individualized to this particular Petitioner, correct? Right, Your Honor. Okay. The one point, there was a mention in a, here it is, the U.K. Home Report, which was Exhibit 11, Tab F, which states that people who are not high-profile militants or suspects are not at risk in Punjab. Now, that does cite to a 1997 Canadian government report. We say that in our brief. Yes, there are one or two things, maybe more than that, that predated it. But if that was the only thing that the IJ said was, well, in 1997 we have this report, but that very, very obviously and clearly is not. And I can point that out. But that comes from the 1997. Is that correct? Right. But also, it's a 2004 report, which is a current statement of government findings. Certainly, you would think that if there was something that had severely, substantially, fundamentally changed, it would have been noted in the U.K. government report. But even if we throw that out, there's plenty of other evidence that the IJ relied on. And fundamentally here, the burden of proof here is to show that a reasonable fact-finder would be compelled to conclude otherwise, and there is nothing in the record that would compel a showing that as of the hearing in 2006, somebody in the Respondent's position had a well-founded fear of persecution. Well, may I ask you, following up on Her Honor's question, what is it specifically that you can point to that's post-2000? You said there's plenty of other things. What other things? Well, Your Honor, again the opposing counsel has made a flat statement that there was nothing, zero. All right. There's a seminal fact in this case. Mr. the Petitioner's father, one of the reasons that he was in trouble, that he was speaking out for against human rights violations, in particular the disappearance of a man named Calra, which is K-H-A-L-R-A. The 2005 country report states that the people who were believed to have participated in his disappearance and his ultimate murder, the policemen, were arrested and prosecuted. Now, if the Petitioner's father is agitating for justice for Mr. Calra, and the proof shows that in 2005 justice was in fact meted out, I would consider that to be a very fundamental change. And that was referred to by the I.J.? Well, it's in the 2005 country report. The I.J. does not. Which was referred to by the I.J.? The report was referred to by the I.J., and specifically the same report is cited by the I.J. as showing an absence of any documented instances, again proving the negative. But this is a the State Department is required by statute, and I could give a statutory cite, to make a full and complete report of human rights conditions. If there are a decade of reports that say that such-and-such was going on, and then it stops, I think inferences certainly can be drawn from that. And if the ---- I'm sorry, Your Honor. I guess I still ---- I mean, I know that the I.J. went over a lot of different country reports, most, if not all, that predated the persecution of the Petitioner here. And in those assessments identified high or militants, high-profile militants. I don't think the Petitioner can be categorized as a high-profile militant. I mean, in identifying changes for high-profile militants. I'm just trying to figure out exactly what you can point to that the I.J. found in terms of facts that were individualized to this particular individual post his persecution. Well, I would disagree with one thing that Your Honor said respectfully, of course, that most of it predated. It didn't. The 2004 country report postdates. The 2005 country report postdates. The 2006 Refugee Board of Canada report postdates. Well, they postdate, but they discuss, or what the I.J. discussed in it was incidents that were prior to the persecution. Well, again, I think there's plenty in the record that postdates. But if the I.J. is identifying a trend, a trend has to start somewhere. And the fact that it may predate an incident doesn't mean that there's not a continuing improvement, which is what the I.J. identified based on, as I said, 2004 country report, 2005 country report, 2006 Canada report. A finding by the U.S. CIS in 2003 that Punjab police do not consider people to be high-profile mainly for having a political view or being politically active. So I think that negates Your Honor's previous point, and that's at AR. 83, 84. If only generalized findings were required, wouldn't the government be able to say that in every case, that it's just everything is generally improving in this country, we can't prove a negative, so we've met our burden? I don't think – I'm not sure that that's what the law requires. I don't think this is a generalized finding, Your Honor. First of all, you have the statement that being politically active does not make one high-profile, and that's 2003. And then you have the findings in the NSAF report showing that people involved in an identified specific criminal investigation are perhaps being mistreated, but there is no evidence to negate the statement of U.S. CIS that people being – having – holding political views are themselves in danger, or more to the point that family members of such individuals are in any sort of danger. I guess I'm sorry to ask this, but maybe in a different way it might be more helpful. Where does the IJ explain how general improvements in safety and the end of the Punjab militancy demonstrate that this Petitioner no longer has anything to fear? And the reason I ask this is because the IJ makes reference to someone in the Petitioner's position, but doesn't expressly state what that position is. I thought that that was inferred elsewhere, or at least stated elsewhere in the opinion, that what gets Mr. Singh here is that his father was a politically active person, and the only reason that he was in trouble in 2000 was because he was a relative of someone that the police were looking for. And to jump ahead six or seven or eight pages, then the IJ says that taking into account the Respondent's particular claim, that's at AR 79, and then says, looking at all the documentation cumulatively, these reports show that it is normal in the Punjab region. Now, that itself may be a little broad, but the point was the IJ focused on somebody in the Petitioner's position, and that position is someone who had problems because of a politically active relative, and there is zero evidence to compel the Petitioner's position, who had a relative who was politically active, has any problems as of 2006. But would an individualized analysis still be needed to address this aspect of the Petitioner's persecution, especially when the record suggests, as it does here, that persons investigating human rights abuses or demanding accountability for the Punjab police are still targets? Well, Your Honor, there are – there is a finding in the – one of the country reports that says that people who committed human rights violations in the early 90s, that those acts were not necessarily being held – the people were being held to account. But early 90s is pre-persecution for this Petitioner. Right. But I think the cholera arrests, the arrest and prosecution and conviction of the police officers who had abused and probably killed the Petitioner's father's associate, that prosecution, I think, is a big flag in this case. And again, there is a trend. The I.J. spoke to the trend, spoke to the circumstances of this Petitioner. Again, you're not going to find a document that says Mr. Singh no longer has any right to live, but you look at what is going on. You look at the specifics of what got him here. And it's a judgment that the agency was entitled to make based on this evidence. And I think if you look at – the agency made a rational choice, and that is what they're entitled to do. And the question here is whether there's evidence that compels a contrary conclusion. There isn't. The record does support the I.J.'s decision, and I think that is what ends the case. I'm well over my time, Your Honors. I can sum up, if you like. Thank you. Thank you. I've got to say, I'm somewhat shocked at the government's attempt to obfuscate the facts in this case. Let's just go through the judge's decision. Her analysis begins on page 79. First point she makes is that according to this 2004 report, people who are not high profile militants are not at risk. So the 2004 report, but the report is quoting a 1997 report that predates the persecution. Her next thing is the pattern of the – But how does the government deal with this, Mr. Job? If – this is why I asked you up front. What did the government have to show? Did they have to show there was a change in administration? If the reports all show, even predating it, that there is continued change and – What's the continued change, Your Honor? She's not identifying any continued change. She's identifying a change that occurred in 1997. In 1997, as of 1997 – A change – well, this is an ongoing process that was first noted in 1997. There's the evidence that it's ongoing. There isn't any. The only statement that the judge makes about what's been happening since 2000 is on page 8 – page 80. Here's what she says. She notes, quote, an absence of any changes in the state of affairs over the last six years. An absence of any change. That's the only thing the judge says about the last – from 2000 onward. You're talking about top of page 80, where she refers to the 2005 report. No, I'm talking about that little paragraph there where she says these reports show that it's normal, and she cites something that says since 1993, the law and order situation in Punjab has been – has been normal. And then she says, taken together with the absence of any changes in the state of affairs over the last six years, that is, since 2000, when the respondent was last there, that leads to the logical conclusion that I said. She's taken it together with the previous sentence, which says these reports show that it's normal in the Punjab region. Right. And the reports that she cites shows that it's been normal since 1993. The specific report that she's citing says it's a 2003 report, and it says that things  That's the report she's citing. And if it was normal since 1993 and he was persecuted in the year 2000, that's not a change. And then she goes on to say, and note the absence of any changes in the state of affairs in the last six years. There is not one iota of information in this judge's decision showing that there's been a change since 2000. And for the government to come in here and say, oh, she cites a report from 2004 or 2003, that's irrelevant. If the reports themselves are talking about or citing to other reports that predated the persecution, show me a change that's occurred since 2000. There isn't one. And the government knows that. In that presentation, that was pure obfuscation. Thank you. Thank you, Your Honor. We thank both counsel for the argument. This case is submitted.
judges: Ezra, Bybee, Murguia